WO

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **SSSN LLC dba Creative Custom Products,** an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Mid-America Diesel Inc., a Michigan Corporation; and Steven Spencer, an individual,**<br><br>Defendants. | Case No. CV 15-00791-PHX-MHB<br><br>**DEFAULT JUDGMENT** |

**DEFAULT JUDGMENT**

The defendants, Mid-America Diesel, Inc. and Steven Spencer, having failed to plead or otherwise defend in this action, and default having been entered; upon application of plaintiff and upon affidavit that defendants are indebted to plaintiff in the principal sum of $121,000 plus interest thereon; that defendants had been defaulted for failure to appear

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, SSSN, LLC, recover from the defendants, Mid-America Diesel, Inc. and Steven Spencer jointly and severally, the sum of $121,000.00, plus costs of $350.00 and pre-judgment interest according to law (4.25%) from the date of March 14, 2015 to the date of this judgment and post-judgment interest according to law (4.25%) from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon declaration that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

DATED this 5th day of August, 2015

                                            */s/ Stephen M. McNamee*
                                          Honorable Stephen M. McNamee
                                          Senior United States District Judge